UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARVIN M. JARRETT,

       Plaintiff,

v.                                                                Case No. 2:05-cv-195
                                                                  HON. ROBERT HOLMES BELL

BARBARA BOUCHARD, et al.,

       Defendants.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

     The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

     THEREFORE, IT IS ORDERED that:

     1.    The Report and Recommendation of the Magistrate Judge (Docket #63) is approved and adopted as the opinion of the Court.

     2.    Defendants' motion for summary judgment (Docket #31) is GRANTED and this case is DISMISSED in its entirety.

     3.    The Court can discern no good-faith basis for an appeal.  Accordingly, an appeal of this action would not be taken in good faith.

Dated:    September 13, 2006       /s/ Robert Holmes Bell
                                ROBERT HOLMES BELL
                                CHIEF UNITED STATES DISTRICT JUDGE